CARTER, DELUCA & FARRELL LLP
ATTORNEYS AT LAW
576 BROAD HOLLOW ROAD
MELVILLE, NEW YORK 11747

David C. Lee
dlee@carterdeluca.com

Direct Dial: (631) 719-7047
Telephone: (631) 501-5700
Facsimile: (631) 501-3526



December 5, 2019

*Via ECF /*
*Courtesy copy by email to Failla_NYSDChambers@nysd.uscourts.gov*

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *RW IP Holdings, LLC v. The American Kennel Club, Inc. et al.*
Civil Action No. 19-cv-08632-KPF

Dear Honorable Judge Failla:

Pursuant to the Court's Notice of Initial Pretrial Conference (ECF No. 10), an initial pretrial conference in the above-referenced matter is presently scheduled for December 13, 2019. By and through their respective counsel, Plaintiff RW IP Holdings, LLC and Defendants The American Kennel Club, Inc. and Smart Pet Technologies, LLC jointly request that the initial pretrial conference be adjourned to a date convenient to the Court on or after February 13, 2020.

As grounds for this request, the parties state that they are engaged in meaningful settlement negotiations. The additional time requested will facilitate those negotiations. This is the first request for an adjournment, and all parties consent to the same.

Counsel for RW IP Holdings, LLC certifies that, in accordance with the Court's Notice of Initial Pretrial Conference, copies of the Court's order and the Court's Individual Rules were served on counsel for Defendants The American Kennel Club, Inc. and Smart Pet Technologies, LLC.

      Should any further information or materials be required, counsel will provide the same immediately.

Respectfully submitted,

*/s/ David C. Lee*
David C. Lee
*Counsel for Plaintiff*
Carter, DeLuca & Farrell LLP
576 Broadhollow Road
Melville, NY 11767
dlee@carterdeluca.com
Telephone: (631) 719-7047

<u>Of Counsel</u>
Thomas P. O'Connell
*Counsel for Plaintiff*
*Pending Admission Pro Hac Vice*
O'Connell Law Office
1026A Massachusetts Avenue
Arlington, MA 02476
tpo@oconnellusa.com
Telephone: 781.643.1845
Facsimile: 781.643.1846

cc:    Jeffrey Miller, Esq. (via e-mail)

---

Application GRANTED. The initial pretrial conference previously scheduled for December 13, 2019, is hereby ADJOURNED to **February 18, 2020, at 2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: New York, New York           SO ORDERED.
       December 5, 2019

*[signature: Katherine Polk Failla]*

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE